Craig C. Marchiando (SBN 283829)
Leonard A. Bennett, *pro hac vice forthcoming*
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:   757-930-3660
Fax:   757-257-3450
lenbennett@clalegal.com

Matthew J Erausquin (SBN 255217)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
1800 Diagonal Rd., Ste. 600
Alexandria, VA 22314
Tel:   703-273-7770
Fax:   888-892-3512
matt@clalegal.com

Kristi Cahoon Kelly, *pro hac vice forthcoming*
**KELLY & CRANDALL, PLC**
4084 University Drive, Suite 202A
Fairfax, Virginia 22030
Tel:   703-424-7576
Fax:   703-591-9285
kkelly@kellyandcrandall.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **DENISE L. WATKINS,** *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br> v. <br><br> **AVIS BUDGET GROUP, INC.,** and **STERLING INFOSYSTEMS, INC.,** <br><br> Defendants. | Case No. 2:17-cv-06924-ODW-RAO <br><br> Assigned to Hon. Otis D. Wright, II <br><br> **NOTICE OF SETTLEMENT** <br><br> Complaint Served: Oct. 4, 2017 <br> Response Date: Dec. 11, 2017 |

Plaintiff Denise L. Watkins, by Counsel, and Defendants Avis Budget Group, Inc. and Sterling Infosystems, Inc., hereby notify the Court that they have resolved Plaintiff's claims against both Defendants.[1] So that they may paper their settlement and

---

[1] Plaintiff erroneously included the phrase "on behalf of herself and all others similarly situated" in the case style of her original Complaint as though this case were a class

NOTICE OF SETTLEMENT
1

obtain the appropriate signatures, Plaintiff and Defendants request that the Court grant a stay of all pending deadlines, and permit them to file their formal stipulation of dismissal up to and including January 2, 2018.

                      Respectfully submitted,
                      **DENISE WATKINS,**

                      By:___*/s/ Craig C. Marchiando*___
                                Counsel

Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA  23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com

***Counsel for Plaintiff***

---

action when it is not. There are therefore no Rule 23 issues with the settlement of Plaintiff's claims.

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2017, I caused a true and correct copy of the foregoing document to be filed using the Clerk of Court's CM/ECF system, which then caused a notice of electronic filing to be sent to all Counsel of Record.

By: __/s/ Craig C. Marchiando__
Counsel

Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: craig@clalegal.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **DENISE L. WATKINS,** *on behalf of herself and all others similarly situated*,<br><br>    Plaintiff,<br>v.<br><br>**AVIS BUDGET GROUP, INC.,** and **STERLING INFOSYSTEMS, INC.,**<br><br>    Defendants. | Case No. No. 2:17-cv-06924-ODW-RAO<br><br>**[PROPOSED] ORDER GRANTING STAY OF PROCEEDINGS** |

    Plaintiff and Defendants Avis Budget Group, Inc. and Sterling Infosystems, Inc. have informed the Court that they have resolved Plaintiff's claims against both Defendants. The Parties further request a stay of proceedings for 21 days so that they may paper their settlements and file a formal stipulation of dismissal. Having considered the requested stay, the record in this case, and the applicable law, and for good cause appearing, the Court GRANTS the stipulation.

    IT IS HEREBY ORDERED that the deadlines for the case are hereby stayed up to and including January 2, 2018. Plaintiff and Defendants shall file their formal stipulation of dismissal on or before January 2, 2018.

Dated: December __, 2017.

                                                **OTIS D. WRIGHT, II**
                                                **UNITED STATES DISTRICT JUDGE**